UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MIKHAIL KHAIMCHAYEV, )
         Petitioner, ) Case No. CV 03-1262-ODW (AJW)
  v. ) JUDGMENT
A.K. SCRIBNER, et al., )
         Respondent. )

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: 9-10-2008

Otis D. Wright, II
United States District Judge